| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **United Mobile Solutions, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **27-2627029**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6140 Northbelt Parkway, Suite A**<br>**Norcross, GA 30071** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Gwinnett** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **United Mobile Solutions, LLC**  Case number (*if known*) _____
        Name

7. **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **United Mobile Solutions, LLC**                                        Case number (*if known*)_____
        Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **United Mobile Solutions, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 20, 2016**
MM / DD / YYYY

X **/s/ Kil Won Lee**                                  **Kil Won Lee**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Cameron M. McCord**                            Date  **July 20, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Cameron M. McCord**
Printed name

**Jones & Walden, LLC**
Firm name

**21 Eighth Street, NE**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**     Email address  **info@joneswalden.com**

**143065**
Bar number and State

Fill in this information to identify the case:

Debtor name: **United Mobile Solutions, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** P.O. Box 360002 Ft. Lauderdale, FL 33336-0002 | | | | | | **$207,645.50** |
| **Curve Commercial Services, LLC** 3600 Red Road Suite 309 Hollywood, FL 33025 | | **Business Debt** | | | | **$1,054,463.20** |
| **Empire Global Advisory Service** 265 S. Federal Hwy., #340 Deerfield Beach, FL 33441 | | **Business Debt** | | | | **$83,405.36** |
| **Flex Hardy LLC** 109 North Post Oak Lane Suite 550 Houston, TX 77024 | | **Business Debt** | | | | **$59,072.00** |
| **Galaxy Wireless** 684 Lake Carolyn Pkwy, Apt 432 Irving, TX 75039 | | **Business Debt** | | | | **$95,032.72** |
| **Italk Inc** 2400 W CYPRESS CREEK RD Suite 111 Fort Lauderdale, FL 33309 | | **Business Debt** | | | | **$249,313.75** |
| **JPMorgan Chase Bank** 3424 Peachtree Rd, NE, 6th Flr Suite 650 Atlanta, GA 30326 | | | | | | **$500,000.00** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **United Mobile Solutions, LLC**　　　　　Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JPMorgan Chase Bank** 3424 Peachtree Rd, NE, 6th Flr Suite 650 Atlanta, GA 30326 | | | | | | $395,127.24 |
| **JPMorgan Chase Bank** 3424 Peachtree Rd, NE, 6th Flr Suite 650 Atlanta, GA 30326 | | **Credit Card Debt** | | | | $115,813.52 |
| **Justin Num** 10365 SE US HWY 441 Belleview, FL 34420 | | **Business Debt** | | | | $240,000.00 |
| **Kil Won Lee** 3610 Hedge Arbor Ct Suwanee, GA 30024 | | **Business Debt** | | | | $171,172.39 |
| **Mazal Group Hunington Properties Inc.** 109 N. Post Oak Ln, #550 Houston, TX 77024 | | | | | | $42,400.00 |
| **Moin Telecom LLC** c/o James D. Stanton 3811 Turtle Creek Centre,#770 Dallas, TX 75219 | | | | | | $231,662.27 |
| **POWER UP LENDING GROUP, LTD.** 111 Great Neck Road, Suite 216 Great Neck, NY 11021 | | **Business Debt** | | | | $70,178.57 |
| **POWER UP LENDING GROUP, LTD.** 111 Great Neck Road, Suite 216 Great Neck, NY 11021 | | **Business Debt** | | | | $96,977.13 |
| **Procure Pal** 12555 Orange Drive, Suite 4088 Fort Lauderdale, FL 33330 | | **Business Debt** | | | | $457,348.62 |

Debtor **United Mobile Solutions, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sky Phone LLC**<br>**1348 Washington Ave**<br>**Miami, FL** | | **Business Debt** | | | | $79,448.00 |
| **Small Business Credit Corp**<br>**2300 Peachtree Road NW Suite C**<br>**Atlanta, GA 30307** | | | | | | $221,321.18 |
| **Tech Data**<br>**P.O. Box 905092**<br>**Charlotte, NC 28290** | | **Business Debt** | | | | $821,051.32 |
| **Ursa Information System**<br>**P.O. Box 940**<br>**Higley, AZ 85236** | | | | | | $115,626.36 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

```
A. Christian Wilson
Simpson Uchitel & Wilson LLP
PO Box 550105
Atlanta, GA 30355-2505


ADLI Law Group P.C.
444 S. Flower Street, Ste 3100
Los Angeles, CA 90071


American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


B2B CFO
15265 Highgrove Rd.
Alpharetta, GA 30004


Bright Point North America LP
Lockbox 1615 Paysphere Circle
Chicago, IL 60674


Briskin, Cross & Sanford, LLC
1001 Cambridge Square
Suite D
Alpharetta, GA 30009


Curve Commercial Services, LLC
3600 Red Road
Suite 309
Hollywood, FL 33025


David R. Dolinsky
The Law Offices of David R. Do
2870 Pharr Court S., #2801
Atlanta, GA 30305


Docusign
 1301 2nd Avenue, Suite 2000
Seattle, WA 98101
```

```
Empire Global Advisory Service
265 S. Federal Hwy., #340
Deerfield Beach, FL 33441



Flex Hardy LLC
109 North Post Oak Lane
Suite 550
Houston, TX 77024



Galaxy Wireless
684 Lake Carolyn Pkwy, Apt 432
Irving, TX 75039



George S. Ray, Esq.
Nelson Mullins Riley
201 17th Street NW, Suite 1700
Atlanta, GA 30363



Italk Inc
2400 W CYPRESS CREEK RD
Suite 111
Fort Lauderdale, FL 33309



John A. Horn, U.S. Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, S.W.
Atlanta, GA 30303



JP Morgan Chase Bank, NA
PO Box 33035
Louisville, KY 40232



JPMorgan Chase Bank
3424 Peachtree Rd, NE, 6th Flr
Suite 650
Atlanta, GA 30326
```

```
Justin Num
10365 SE US HWY 441
Belleview, FL 34420



Kil Won Lee
3610 Hedge Arbor Ct
Suwanee, GA 30024



Knight Capital Funding
9 E Loockerman St
Ste 3A-543
Dover, DE 19901



Levy Von Beck & Associates
600 Univeristy Street
Suite 3300
Seattle, WA 98101



Loretta Lynch,US Attny General
950 Pennsylvania Avenue, NW
Washington, DC 20530



Lynne Riley
State of Georgia Revenue Commi
1800 Century Blvd, N.E.
Atlanta, GA 30345



Mazal Group
Hunington Properties Inc.
109 N. Post Oak Ln, #550
Houston, TX 77024



McMillian & Associates
1640 Powers Ferry Rd Bldg 11
Suite 100
Marietta, GA 30067
```

```
Moin Telecom LLC
c/o James D. Stanton
3811 Turtle Creek Centre,#770
Dallas, TX 75219



NOWaccount Network Corp
2300 Peachtree Rd NW
Suite C-102
Atlanta, GA 30309



Polsinali
1401 Eye Street, N.W Suite 800
Washington, DC 20005



POWER UP LENDING GROUP, LTD.
111 Great Neck Road, Suite 216
Great Neck, NY 11021



Procure Pal
12555 Orange Drive, Suite 4088
Fort Lauderdale, FL 33330



Procurepal, LLC
12555 Orange Drive
Suite 4088
Fort Lauderdale, FL 33330



S. Wade Malone
Nelson Mullins Riley & Scarbor
201 17th Street NW, Suite 1700
Atlanta, GA 30363



S. Wade Malone
Nelson Mullins Riley
201 17th Street NW, Suite 1700
Atlanta, GA 30363
```

```
Sam Olens
Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334




Secretary of the Treasury
15th & Pennsylvania Ave, NW
Washington, DC 20200




Sky Phone LLC
1348 Washington Ave
Miami, FL




Small Business Credit Coop.
2300 Peachtree Rd NW
Suite C-102
Atlanta, GA 30309




Small Business Credit Corp
2300 Peachtree Road NW Suite C
Atlanta, GA 30307




T-Mobile USA, Inc.
12920 SE 38th Street
Bellevue, WA 98006




Tech Data
P.O. Box 905092
Charlotte, NC 28290




Thomas H. Schelly, Esq.




Total Mobile
2248 NW 87 Avenue
Miami, FL 33172
```

```
Ursa Information System
P.O. Box 940
Higley, AZ 85236




Ursa Information Systems, Inc.
The Law Offices David Dolinsky
2870 Pharr Court South # 2801
Atlanta, GA 30305




Weldin Law Office
11654 Plaza America Drive #636
Reston, VA 20190




William K. Carmichael
Stokes Lazarus & Carmichael
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320




Zwicker & Associates
2470 Satellite Blvd #120
Duluth, GA 30096
```