### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:

**UNITED MOBILE SOLUTIONS, LLC,**

**Debtor.**

**CHAPTER 11**

**CASE NO.  16-62537-bem**

### DEBTOR'S MONTHLY OPERATING REPORT
### FOR THE PERIOD FROM JULY 20, 2016 TO JULY 31, 2016

COMES NOW the above-named Debtor and files this Monthly Operating Report in

accordance with the Guidelines established by the United States Trustee and FRBP 2015.

This 22nd day of November, 2016.

**JONES & WALDEN, LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
cmccord@joneswalden.com
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300 Telephone

Debtor's Address:
United Mobile Solutions, LLC
6140 Northbelt Parkway, Suite A
Norcross, GA 30071

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING** 7/20/2016 **AND ENDING** 7/31/2016

Name of Debtor: United Mobile Solutions, LLC          Case Number 16-62537-bem
Date of Petition: 7/20/2016

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. **FUNDS AT BEGINNING OF PERIOD** | 13,966.06 (a) | (b) |
| 2. **RECEIPTS:** | | |
| A. Cash Sales | 611,743.76 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | 63.37 | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. **TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 611,807.13 | |
| 4. **TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 625,773.19 | |
| 5. **DISBURSEMENTS** | | |
| A. Advertising | 0.00 | |
| B. Bank Charges | 100.00 | |
| C. Contract Labor | 0.00 | |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | |
| E. Insurance | 11,473.23 | |
| F. Inventory Payments *(See Attach. 2)* | 416,703.64 | |
| G. Leases | 0.00 | |
| H. Manufacturing Supplies | 0.00 | |
| I. Office Supplies | 800.63 | |
| J. Payroll - Net *(See Attachment 4B)* | 123,957.68 | |
| K. Professional Fees (Accounting & Legal) | 7,000.00 | |
| L. Rent | 1,439.25 | |
| M. Repairs & Maintenance | 487.12 | |
| N. Secured Creditor Payments *(See Attach. 2)* | 0.00 | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 0.00 | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | 0.00 | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 0.00 | |
| R. Telephone | 0.00 | |
| S. Travel & Entertainment | 2,594.44 | |
| Y. U.S. Trustee Quarterly Fees | 0.00 | |
| U. Utilities | 2,519.53 | |
| V. Vehicle Expenses | 1,339.87 | |
| W. Other Operating Expenses *(See MOR-3)* | 58,344.24 | |
| 6. **TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 626,759.63 | |
| 7. **ENDING BALANCE** *(Line 4 Minus Line 6)* | Z-*(&& (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __22__ day of __November__, 20_16_.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Payroll Refund | $63.37 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $63.37 | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| License Fees | $80.94 | |
| Loan Payment | $8,621.01 | |
| Shipping | $1,096.80 | |
| Software | $1,500.00 | |
| Dealer Commission Payouts | $37,282.84 | |
| Store Build Out | $9,762.65 | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $58,344.24 | |

# NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

**JULY 2016 PROFIT & LOSS**

| Income and Deposits | | |
|---|---|---|
| SALES REVENUE | $ | 297,870.64 |
| T-MOBILE COMMISSIONS REVENUE | $ | 313,851.49 |
| COMMISSIONS (Other) | $ | - |
| OTHER CARRIER COMMISSIONS | $ | 21.63 |
| CLAWBACK | $ | - |
| CREDIT REVENUE | $ | - |
| PAYROLL REFUND | $ | 63.37 |
| RETURNED PAYMENT | $ | - |
| WIRE REVERSE DUE TO INCORRECT INFO | $ | - |
| **Total** | **$** | **611,807.13** |

| Inventory Purchases and Carrier COG | | |
|---|---|---|
| INVENTORY | $ | 416,703.64 |
| **Total COG** | **$** | 416,703.64 |
| **GROSS PROFIT** | **$** | **195,103.49** |

| Expenses | | |
|---|---|---|
| AUTO | $ | 1,339.87 |
| BANK FEE | $ | 100.00 |
| COMPUTER & INTERNET EXP | $ | - |
| LICENSE FEES | $ | 80.94 |
| MERCHANT FEES | $ | - |
| OFFICE EXPENSE | $ | 800.63 |
| CORP PAYROLL | $ | 123,957.68 |
| RETAIL PAYROLL | $ | - |
| RENT | $ | 1,439.25 |
| RENT RETAIL | $ | - |
| REPAIRS | $ | - |
| LOAN PAYMENT | $ | 8,621.01 |
| SHIPPING | $ | 1,096.80 |
| SOFTWARE | $ | 1,500.00 |
| TELEPHONE & INTERNET | $ | - |
| Dealer COMMISSION PAYOUTS | $ | 37,282.84 |
| TRAVEL | $ | 2,594.44 |
| UTILITIES | $ | 2,519.53 |
| INSURANCE | $ | 11,473.23 |
| CAPEX STORE BUILD OUT | $ | 9,762.65 |
| PROFESSIONAL FEES | $ | 7,000.00 |
| UST FEES | $ | - |
| INTEREST EXPENSE | $ | - |
| REVERSED PAYMENTS NSF | $ | 487.12 |
| RETURNED PAYMENT | $ | - |
| RETURNED PAYMENT / INC | $ | - |
| **Total Expenses** | **$** | **210,055.99** |

| NET INCOME | $ | **(14,952.50)** |
|---|---|---|

*INTERCOMPANY TRANSFERS BETWEEN*
*1668 AND 1684*          *$      4,000.00*

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: United Mobile Solutions, LLC    Case Number: 16-62537-bem

Reporting Period beginning 7/20/2016    Period ending 7/31/2016

ACCOUNTS RECEIVABLE AT PETITION DATE: 72,229.00

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 72,229.00 | (a) |
| PLUS: Current Month New Billings | 117,408.47 | |
| MINUS: Collection During the Month | $ 116,838.42 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $72,799.05 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $72,799.0 | $ | $ | $ | $ 72,799.00  (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of  collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: United Mobile Solutions, LLC        Case Number: 16-62537-bem

Reporting Period beginning 7/20/2016        Period ending 7/31/2016

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL AMOUNT                                                                 _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting**
   **documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| Opening Balance | $ _____(a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ |
| MINUS: Amount Paid on Post Petition, | |
| Accounts Payable This Month | $ _____ |
| PLUS/MINUS: Adjustments | $ _____ * |
| Ending Month Balance | $ _____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| TOTAL | _____ | _____(d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: __United Mobile Solutions, LLC__    Case Number: __16-62537-be___

Reporting Period beginning __7/20/2016__    Period ending __7/31/2016__

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:    $ 89,562.00
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month    $ 89.562.00 _____ (a)
        PLUS: Inventory Purchased During Month    $ _____
        MINUS: Inventory Used or Sold    $ _____
        PLUS/MINUS: Adjustments or Write-downs    $ _____ *
    Inventory on Hand at End of Month    $ 16,639.35

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: __19,000.00__
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): various office furniture, office computer and communication system equipment, GMC Box Truck, manual forklift
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month    $ 19,000.00 _____ (a)(b)
    MINUS: Depreciation Expense    $ _____
    PLUS: New Purchases    $ _____
    PLUS/MINUS: Adjustments or Write-downs    $ _____ *
Ending Monthly Balance    $ 19,000.00

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

### ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: United Mobile Solutions, LLC       Case Number: 16-62537-bem

Reporting Period beginning 7/20/2016       Period ending 7/31/2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: PNC Bank       BRANCH: _____

ACCOUNT NAME: United Mobile Solutions, LLC
T-Mobile       ACCOUNT NUMBER: x 1684

PURPOSE OF ACCOUNT:       OPERATING

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ -1,021.59 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ -1,021.59 | **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: __United Mobile Solutions, LLC__    Case Number: __16-62537-bem__

Reporting Period beginning __7/20/2016__    Period ending __7/31/2016__

NAME OF BANK: __PNC Bank__    BRANCH: _____

ACCOUNT NAME: __United Mobile Solutions, LLC - T-Mobile__

ACCOUNT NUMBER: __x 1684__

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL    $_____

# Corporate Business
PNC Bank

**PNC BANK**

**For the Period 07/01/2016 to 07/29/2016**

Primary Account Number:    1684
Page 1 of 4
Number of enclosures: 0

UNITED MOBILE SOLUTIONS LLC
T-MOBILE
6135 JIMMY CARTER BLVD
NORCROSS GA 30071-4646

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/treasury
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Corporate Business Summary

Account number:    1684

United Mobile Solutions Llc
T-Mobile

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 4,082.98 | 698,502.19 | 703,606.76 | 1,021.59- |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 22,024.24 | 22,024.24 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 23 | 379,010.05 |
| Other Additions | 13 | 319,492.14 |
| Total | 36 | 698,502.19 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 20 | 34,633.94 |
| ACH Deductions | 42 | 380,822.82 |
| Service Charges and Fees | 6 | 150.00 |
| Other Deductions | 3 | 288,000.00 |
| Total | 71 | 703,606.76 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 47,592.25 | 07/13 | 3,448.36- | 07/22 | 619.77 |
| 07/05 | 16,407.08 | 07/14 | 819.99 | 07/25 | 284,831.39 |
| 07/06 | 10,868.88 | 07/15 | 16,415.23 | 07/26 | 270.57 |
| 07/07 | 10,823.64- | 07/18 | 249.93 | 07/27 | 2,349.28 |
| 07/08 | 23,675.88 | 07/19 | 371.91 | 07/28 | 971.06 |
| 07/11 | 21,428.35 | 07/20 | 4,079.18- | 07/29 | 1,021.59- |
| 07/12 | 6,966.42 | 07/21 | 39.26 | | |

# Corporate Business

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2016 to 07/29/2016**
United Mobile Solutions Llc
Primary Account Number:    1684
Page 2 of 4

Corporate Business Account Number:    684 - continued

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 26,846.24 | Corporate ACH Payment Tmobileusa Pmd 150087403320160 | 1099 |
| 07/01 | 2,884.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 7964 |
| 07/01 | 1,000.00 | Corporate ACH Payment Tmobileusa Pmd 150087403820160 | 1100 |
| 07/06 | 1,484.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 2582 |
| 07/07 | 1,625.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 6692 |
| 07/08 | 8,183.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 4691 |
| 07/08 | 3,143.25 | Corporate ACH ACH ADP Totalsource 416189324 | 2391 |
| 07/11 | 1,662.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 4686 |
| 07/11 | 18,458.52 | Corporate ACH Payment Tmobileusa Pmd 150091206520160 | 9157 |
| 07/11 | 532.65 | Corporate ACH Payments 05535 Ultra Mob United Mobile | 7184 |
| 07/12 | 1,838.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 7734 |
| 07/12 | 130.00 | Corporate ACH Payment Tmobileusa Pmd 150091209320160 | 7146 |
| 07/14 | 577.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 9571 |
| 07/15 | 36.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 5877 |
| 07/19 | 54.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 5667 |
| 07/19 | 67.98 | Corporate ACH Alpha 7.18 Alpha Comm Enter 15526 | 5645 |
| 07/20 | 1,010.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 7975 |
| 07/21 | 365.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 1847 |
| 07/21 | 63.37 | Corporate ACH ACH ADP Totalsource 416189324 | 3628 |
| 07/25 | 270,011.69 | Corporate ACH Payment Tmobileusa Pmd 150100208020160 | 2080 |
| 07/25 | 36,835.43 | Corporate ACH Payment Tmobileusa Pmd 150100206820160 | 2079 |
| 07/27 | 595.92 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 8799 |
| 07/28 | 1,607.00 | Corporate ACH Accts Pay Fedex Svcs ACH 0000949932 | 9600 |

# Corporate Business

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2016 to 07/29/2016**
United Mobile Solutions Llc
Primary Account Number:                    1684
Page 3 of 4

Corporate Business Account Number:          684 - continued

---

## Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/01 | 28,832.45 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/08 | 12,000.00 | Online Transfer From | 1668 | UNITED MOBILE S |
| 07/08 | 19,746.55 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/12 | 306.12 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/14 | 9,000.00 | Online Transfer From | 1668 | UNITED MOBILE S |
| 07/15 | 140,000.00 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/18 | 4,000.00 | Online Transfer From | 0614 | UNITED MOBILE S |
| 07/20 | 32,000.00 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/21 | 18,000.00 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/22 | 22,705.00 | Online Transfer From | 8691 | UNITED MOBILE S |
| 07/22 | 2,000.00 | Online Transfer From | 0614 | UNITED MOBILE S |
| 07/27 | 30,000.00 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/27 | 902.02 | Online Transfer From | 8704 | UNITED MOBILE S |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01 | 1097 * | 5,757.59 | 073529422 | 07/29 | 1107 * | 487.12 | 076351235 | 07/27 | 1114 | 10,892.31 | 072537021 |
| 07/01 | 1098 | 2,811.68 | 073529423 | 07/08 | 1108 | 900.00 | 074022845 | 07/27 | 1116 * | 59.90 | 071868090 |
| 07/05 | 1099 | 345.50 | 073856735 | 07/08 | 1109 | 590.40 | 074022844 | 07/27 | 1117 | 541.45 | 072597069 |
| 07/05 | 1100 | 507.22 | 077117287 | 07/20 | 1110 | 4,664.74 | 072848304 | 07/28 | 1118 | 1,500.00 | 073658679 |
| 07/05 | 1102 * | 1,500.00 | 075061872 | 07/29 | 1111 | 1,505.53 | 076392551 | 07/27 | 1119 | 80.00 | 072541267 |
| 07/07 | 1103 | 108.85 | 071208267 | 07/25 | 1112 | 282.73 | 073327154 | 07/28 | 1120 | 98.00 | 073773607 |
| 07/06 | 1104 | 1,500.00 | 077571501 | 07/26 | 1113 | 500.92 | 072251634 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 432.09 | ACH Settlement ACH Unitedmobilemob | 2849 |
| 07/01 | 3,898.81 | Corporate ACH Plg1573 Power Up Lending | 0293 |
| 07/01 | 3,153.25 | Corporate ACH ACH ADP Totalsource 416189324 | 5578 |
| 07/05 | 28,832.45 | ACH Settlement ACH Unitedmobilemob | 2935 |
| 07/06 | 4,722.20 | Corporate ACH Plg1697 Power Up Lending | 3813 |
| 07/06 | 800.00 | ACH Debit Debitdebit Ameri Power XXXXXX0039 | 1453 |
| 07/07 | 19,512.43 | ACH Web-Single Tmo Onlpmt Tmobile 2649571 | 2280 |
| 07/07 | 3,696.24 | ACH Web-Single Tmo Onlpmt Tmobile 2649522 | 7063 |
| 07/08 | 3,898.81 | Corporate ACH Plg1573 Power Up Lending | 3987 |
| 07/08 | 3,134.07 | Corporate ACH Plg1337 Power Up Lending | 3985 |
| 07/11 | 19,746.55 | ACH Web-Single Tmo Onlpmt Tmobile 0098031 | 5430 |
| 07/11 | 3,154.15 | ACH Web-Single Tmo Onlpmt Tmobile 5521123 | 2886 |
| 07/12 | 7,550.77 | ACH Settlement ACH Unitedmobilemob | 1575 |
| 07/12 | 4,698.38 | ACH Settlement ACH Unitedmobilemob | 1576 |
| 07/12 | 486.90 | ACH Debit Debitdebit Ameri Power XXXXXX0039 | 3179 |
| 07/13 | 4,843.17 | ACH Web-Single Tmo Onlpmt Tmobile 4939198 | 2682 |
| 07/13 | 4,722.20 | Corporate ACH Plg1697 Power Up Lending | 3979 |
| 07/13 | 657.36 | ACH Web-Single Tmo Onlpmt Tmobile 4939183 | 2681 |
| 07/13 | 192.05 | ACH Web-Single Tmo Onlpmt Tmobile 4939229 | 2683 |
| 07/14 | 4,952.53 | ACH Settlement ACH Unitedmobilemob | 1049 |
| 07/14 | 306.12 | ACH Web-Single Tmo Onlpmt Tmobile 1259164 | 5564 |
| 07/15 | 94,833.01 | ACH Settlement ACH Unitedmobilemob | 3018 |
| 07/15 | 3,873.80 | ACH Settlement ACH Unitedmobilemob | 8017 |

ACH Deductions continued on next page

# Corporate Business

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2016 to 07/29/2016**
United Mobile Solutions Llc
Primary Account Number:          1684
Page 4 of 4

Corporate Business Account Number:          1684 - continued

## ACH Deductions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/15 | 20,331.56 | ACH Web-Single Tmo Onlpmt Tmobile 6581830 | 3903 |
| 07/15 | 3,898.81 | Corporate ACH Plg1573 Power Up Lending | 3139 |
| 07/15 | 1,453.58 | ACH Web-Single Tmo Onlpmt Tmobile 6581818 | 3902 |
| 07/15 | 50.00 | Corporate ACH Debit Sc Dept Revenue 1026398 | 8455 |
| 07/18 | 20,165.30 | ACH Web-Single Tmo Onlpmt Tmobile 1849856 | 6454 |
| 07/20 | 15,646.59 | ACH Web-Single Tmo Onlpmt Tmobile 6632977 | 6019 |
| 07/20 | 11,377.74 | ACH Web-Single Tmo Onlpmt Tmobile 6629908 | 9900 |
| 07/20 | 4,722.20 | Corporate ACH Plg1697 Power Up Lending | 5492 |
| 07/20 | 1,049.82 | ACH Web-Single Tmo Onlpmt Tmobile 6629812 | 9898 |
| 07/21 | 14,259.93 | ACH Web-Single Tmo Onlpmt Tmobile 6627399 | 3587 |
| 07/22 | 20,225.68 | ACH Web-Single Tmo Onlpmt Tmobile 2572461 | 1556 |
| 07/22 | 3,898.81 | Corporate ACH Plg1573 Power Up Lending | 7390 |
| 07/25 | 12,121.84 | ACH Web-Single Tmo Onlpmt Tmobile 6835471 | 9926 |
| 07/25 | 10,230.93 | ACH Web-Single Tmo Onlpmt Tmobile 6366065 | 3886 |
| 07/27 | 5,513.41 | ACH Web-Single Tmo Onlpmt Tmobile 2026917 | 3244 |
| 07/27 | 6,236.01 | ACH Web-Single Tmo Onlpmt Tmobile 6277874 | 4418 |
| 07/27 | 6,156.05 | ACH Web-Single Tmo Onlpmt Tmobile 2027025 | 1083 |
| 07/28 | 877.02 | ACH Settlement ACH Unitedmobilemob | 2390 |
| 07/28 | 510.20 | ACH Web-Single Tmo Onlpmt Tmobile 1942093 | 3261 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/08 | 25.00 | Overdraft Item Fee | 3267 |
| 07/08 | 25.00 | Overdraft Item Fee | 2280 |
| 07/14 | 25.00 | Overdraft Item Fee | 3979 |
| 07/14 | 25.00 | Overdraft Item Fee | 2681 |
| 07/21 | 25.00 | Overdraft Item Fee | 3304 |
| 07/21 | 25.00 | Overdraft Item Fee | 9898 |

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/12 | 4,000.00 | Online Transfer To | 1668 | UNITED MOBIL00040685 |
| 07/26 | 4,000.00 | Online Transfer To | 1668 | UNITED MOBIL00039944 |
| 07/26 | 280,000.00 | Online Transfer To | 8704 | ITALK INC  00039945 |

Member FDIC          Equal Housing Lender

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: _United Mobile Solutions, LLC_      Case Number: _____16-62537-bem___

Reporting Period beginning _7/20/2016_      Period ending _____7/31/2016____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _PNC Bank_____      BRANCH: _____

ACCOUNT NAME: _Wholesale_____      ACCOUNT NUMBER: _x 1668_____
United Mobiles Solutions, LLC

PURPOSE OF ACCOUNT:  _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 35.15 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 35.15 | **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  United Mobile Solutions, LLC      Case Number:  16-62537-bem

Reporting Period beginning 7/20/2016      Period ending    7/31/2016

NAME OF BANK:  PNC Bank      BRANCH: _____

ACCOUNT NAME:  United Mobile Solutions, LLC

ACCOUNT NUMBER:  x 1668

PURPOSE OF ACCOUNT: _____OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

TOTAL                                                    $_____

# Corporate Business
PNC Bank

 **PNC BANK**

**For the Period 07/01/2016 to 07/29/2016**

Primary Account Number:        1668
Page 1 of 6
Number of enclosures: 0

UNITED MOBILE SOLUTIONS LLC
WHOLESALE
6135 JIMMY CARTER BLVD
NORCROSS GA 30071-4646

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/treasury
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Corporate Business Summary

Account number:        1668

United Mobile Solutions Llc
Wholesale

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,201.57- | 491,331.70 | 490,094.98 | 35.15 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 6,197.56 | 2,745.70 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 19 | 43,517.47 |
| ACH Additions | 44 | 56,923.34 |
| Other Additions | 22 | 390,890.89 |
| Total | 85 | 491,331.70 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 21 | 59,104.25 |
| Check Card Purchases | 3 | 897.31 |
| POS Purchases | 1 | 458.00 |
| ACH Deductions | 50 | 148,837.32 |
| Service Charges and Fees | 8 | 200.00 |
| Other Deductions | 9 | 280,598.10 |
| Total | 92 | 490,094.98 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 5,471.85 | 07/13 | 4,261.77- | 07/22 | 773.16 |
| 07/05 | 7,658.01 | 07/14 | 19,063.45 | 07/25 | 1,833.77 |
| 07/06 | 8,914.08 | 07/15 | 23,021.75 | 07/26 | 1,330.42 |
| 07/07 | 15,463.16 | 07/18 | 5,260.14 | 07/27 | 15,371.92 |
| 07/08 | 3,108.75- | 07/19 | 13,594.15 | 07/28 | 464.76 |
| 07/11 | 5,507.18 | 07/20 | 10,228.42 | 07/29 | 35.15 |
| 07/12 | 260.76 | 07/21 | 4,940.05- | | |

# Corporate Business

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2016 to 07/29/2016**
United Mobile Solutions Llc
Primary Account Number:          1668

Corporate Business Account Number:          1668 - continued          Page 2 of 6

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 2,320.00 | Deposit | 4963 |
| 07/05 | 9,387.41 | Deposit | 0487 |
| 07/06 | 847.00 | Deposit | 3903 |
| 07/06 | 300.00 | Deposit | 8572 |
| 07/07 | 2,902.00 | Deposit | 0040 |
| 07/08 | 1,106.00 | Deposit | 5008 |
| 07/11 | 5,755.00 | Deposit | 8026 |
| 07/12 | 464.00 | Deposit | 3431 |
| 07/14 | 629.00 | Deposit | 0229 |
| 07/14 | 2,523.00 | Deposit | 0234 |
| 07/15 | 7,255.00 | Deposit | 5747 |
| 07/19 | 1,477.56 | Deposit | 6083 |
| 07/20 | 46.00 | Deposit | 3422 |
| 07/21 | 3,438.00 | Deposit | 6528 |
| 07/22 | 783.50 | Deposit | 6913 |
| 07/25 | 1,597.00 | Deposit | 9919 |
| 07/26 | 846.00 | Deposit | 9105 |
| 07/27 | 770.00 | Deposit | 2916 |
| 07/28 | 1,071.00 | Deposit | 9035 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 766.42 | ACH Settlement ACH Unitedmobilewhol | 2848 |
| 07/05 | 1,162.25 | Corporate ACH Deposit Paymentech 5497702 | 6869 |
| 07/05 | 120.00 | Corporate ACH Deposit Paymentech 5497702 | 2152 |
| 07/06 | 458.05 | Corporate ACH EDI Pymnts Withbehalf Llc Z60992Zkvl | 5743 |
| 07/06 | 444.99 | Corporate ACH EDI Pymnts Withbehalf Llc Z61043Ebot | 5745 |
| 07/08 | 451.00 | Corporate ACH Deposit Paymentech 5497702 | 7609 |
| 07/08 | 377.56 | Corporate ACH EDI Pymnts Withbehalf Llc Z61644Eqgi | 4217 |
| 07/08 | 3,766.79 | ACH Settlement ACH Unitedmobilewhol | 0364 |
| 07/11 | 568.40 | Corporate ACH EDI Pymnts Withbehalf Llc Z61884Pwqu | 6242 |
| 07/12 | 225.00 | Corporate ACH Deposit Paymentech 5497702 | 7688 |
| 07/12 | 582.61 | Corporate ACH EDI Pymnts Withbehalf Llc Z62107Vpnt | 8016 |
| 07/12 | 1,323.59 | ACH Settlement ACH Unitedmobilewhol | 1577 |
| 07/13 | 5,895.17 | Corporate ACH Deposit Paymentech 5497702 | 9923 |
| 07/14 | 351.58 | Corporate ACH EDI Pymnts Withbehalf Llc Z62475WV6O | 5800 |
| 07/15 | 150.00 | Corporate ACH Deposit Paymentech 5497702 | 9888 |
| 07/15 | 30.73 | Corporate ACH Payment Tracfone Wireles 27-2627029 | 9000 |

ACH Additions continued on next page

# Corporate Business



For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2016 to 07/29/2016**
United Mobile Solutions Llc
Primary Account Number:          1668
Page 3 of 6

Corporate Business Account Number:          1668 - continued

## ACH Additions   *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/18 | 813.40 | Corporate ACH Deposit Paymentech 5497702 | 0405 |
| 07/18 | 302.35 | Corporate ACH EDI Pymnts Withbehalf Llc Z62823Wzgt | 4588 |
| 07/18 | 1,612.54 | ACH Settlement ACH Unitedmobilewhol | 2354 |
| 07/19 | 6,186.39 | Corporate ACH Deposit Paymentech 5497702 | 5220 |
| 07/19 | 1,662.44 | Corporate ACH EDI Pymnts Withbehalf Llc Z62969Qk1K | 4839 |
| 07/19 | 408.83 | Corporate ACH EDI Pymnts Withbehalf Llc Z63043Lcl5 | 4843 |
| 07/19 | 301.35 | Corporate ACH EDI Pymnts Withbehalf Llc Z630065De0 | 4841 |
| 07/19 | 1,395.00 | ACH Settlement ACH Unitedmobilewhol | 7441 |
| 07/20 | 398.78 | Corporate ACH EDI Pymnts Withbehalf Llc Z63164Ktmz | 1360 |
| 07/20 | 100.00 | Corporate ACH Deposit Paymentech 5497702 | 3367 |
| 07/21 | 68.00 | Corporate ACH Deposit Paymentech 5497702 | 5443 |
| 07/21 | 1,000.00 | ACH Settlement ACH Unitedmobilewhol | 5618 |
| 07/22 | 4,129.56 | Corporate ACH Deposit Paymentech 5497702 | 3986 |
| 07/22 | 430.94 | Corporate ACH EDI Pymnts Withbehalf Llc Z63588Ihdf | 5537 |
| 07/22 | 391.76 | Corporate ACH EDI Pymnts Withbehalf Llc Z63562Fjfl | 5539 |
| 07/25 | 302.35 | Corporate ACH EDI Pymnts Withbehalf Llc Z63792Ok9W | 7702 |
| 07/25 | 144.00 | Corporate ACH Deposit Paymentech 5497702 | 5068 |
| 07/25 | 8,594.44 | ACH Settlement ACH Unitedmobilewhol | 5359 |
| 07/26 | 212.00 | Corporate ACH Deposit Paymentech 5497702 | 2323 |
| 07/26 | 302.35 | Corporate ACH EDI Pymnts Withbehalf Llc Z64012Icds | 5443 |
| 07/27 | 5,390.35 | Corporate ACH Deposit Paymentech 5497702 | 5510 |
| 07/27 | 1,506.75 | Corporate ACH EDI Pymnts Withbehalf Llc Z6420173Og | 2564 |
| 07/27 | 1,158.18 | Corporate ACH EDI Pymnts Withbehalf Llc Z64223U5Yn | 2568 |
| 07/27 | 577.58 | Corporate ACH EDI Pymnts Withbehalf Llc Z64197Cnod | 2566 |
| 07/27 | 211.55 | ACH Settlement ACH Unitedmobilewhol | 2671 |
| 07/28 | 691.00 | Corporate ACH Deposit Paymentech 5497702 | 9316 |
| 07/29 | 1,935.68 | Corporate ACH EDI Pymnts Withbehalf Llc Z64694Nayd | 3951 |
| 07/29 | 21.63 | Corporate ACH Payment Tracfone Wireles 27-2627029 | 3788 |

## Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/01 | 3,143.25 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/01 | 3,997.00 | Account Transfer From | 9985 | UNITED MOBILE S |

Other Additions continued on next page

# Corporate Business

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2016 to 07/29/2016**
United Mobile Solutions Llc
Primary Account Number:           1668
Page 4 of 6

Corporate Business Account Number:         1668 - continued

## Other Additions    - continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/05 | 5,000.00 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/07 | 2,000.00 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/07 | 9,157.34 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/11 | 13,000.00 | Online Transfer From | 0614 | UNITED MOBILE S |
| 07/12 | 4,000.00 | Online Transfer From | 1684 | UNITED MOBILE S |
| 07/12 | 60,000.00 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/14 | 50,000.00 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/14 | 60,000.00 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/18 | 15,000.00 | Account Transfer From | 9985 | UNITED MOBILE S |
| 07/19 | 2,000.00 | Online Transfer From | 8691 | UNITED MOBILE S |
| 07/20 | 18,168.19 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/21 | 25,196.00 | Online Transfer From | 8691 | UNITED MOBILE S |
| 07/22 | 500.00 | Online Transfer From | 0614 | UNITED MOBILE S |
| 07/26 | 4,000.00 | Online Transfer From | 1684 | UNITED MOBILE S |
| 07/27 | 3,400.00 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/27 | 856.70 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/27 | 7,000.00 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/27 | 1,457.67 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/27 | 90,000.00 | Online Transfer From | 8704 | UNITED MOBILE S |
| 07/27 | 13,014.74 | Online Transfer From | 8704 | UNITED MOBILE S |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/05 | 1013 * | 980.00 | 075218967 | 07/21 | 1021 | 18,069.00 | 073270029 | 07/19 | 1035 | 3,283.80 | 071514143 |
| 07/05 | 1014 | 980.00 | 075218966 | 07/25 | 1022 | 1,439.25 | 077124867 | 07/21 | 1036 | 1,895.00 | 074247548 |
| 07/08 | 1016 * | 10,351.00 | 072769719 | 07/11 | 1027 * | 1,000.00 | 030599908 | 07/21 | 1037 | 2,100.00 | 074247547 |
| 07/05 | 1017 | 156.18 | 076833854 | 07/14 | 1028 | 424.00 | 073230574 | 07/21 | 1038 | 1,020.00 | 074247546 |
| 07/05 | 1018 | 1,225.43 | 076910372 | 07/14 | 1029 | 432.00 | 073230573 | 07/20 | 1039 | 1,400.00 | 071870826 |
| 07/05 | 1019 | 200.00 | 076432520 | 07/20 | 1030 | 10,000.00 | 072647563 | 07/28 | 1041 * | 3,347.65 | 074793620 |
| 07/01 | 1020 | 360.00 | 073548017 | 07/20 | 1034 * | 80.94 | 072878192 | 07/29 | 1042 | 360.00 | 075099769 |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/14 | 467.96 | 5021 Debit Card Purchase Southwes  800-4359792 | 1196 |
| 07/25 | 1.00 | 5021 Debit Card Purchase Data Tech Cafe 248-6408277 Mi | 1206 |
| 07/28 | 428.35 | 5021 Debit Card Purchase Slingshot Entertainmen http://slin Ga | 1210 |

### POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/20 | 458.00 | POS Purchase Publix Super M Duluth Ga | POS16804021  0492437 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/05 | 3,455.00 | ACH Settlement ACH Unitedmobilewhol | 2936 |
| 07/05 | 656.19 | ACH Settlement ACH Unitedmobilewhol | 3527 |
| 07/05 | 825.70 | Corporate ACH Fee Paymentech 5497702 | 6926 |
| 07/05 | 5.00 | Corporate ACH Mtot Disc Bankcard-8566          2755 | 5313 |

ACH Deductions continued on next page

# Corporate Business



For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2016 to 07/29/2016**
United Mobile Solutions Llc
Primary Account Number:        1668
Page 5 of 6

Corporate Business Account Number:        1668 - continued

## ACH Deductions    *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/06 | 342.00 | ACH Settlement ACH Unitedmobilewhol | 1940 |
| 07/06 | 211.31 | Corporate ACH Payment Google US000P4G4V | 7569 |
| 07/06 | 210.66 | Corporate ACH Payment Google US000P3L5J | 0358 |
| 07/06 | 30.00 | Corporate ACH Payment Google US000P4Slu | 3301 |
| 07/07 | 4,971.19 | ACH Settlement ACH Unitedmobilewhol | 7552 |
| 07/07 | 2,000.00 | ACH Settlement ACH Unitedmobilewhol | 7791 |
| 07/07 | 539.07 | Corporate ACH Debit Federal Express Mma20923310 | 2739 |
| 07/08 | 1,922.26 | ACH Settlement ACH Unitedmobilewhol | 0363 |
| 07/11 | 500.13 | ACH Settlement ACH Unitedmobilewhol | 6807 |
| 07/11 | 9,157.34 | ACH Web-Single Tmo Onlpmt Tmobile 5521049 | 2885 |
| 07/12 | 10,893.46 | ACH Settlement ACH Unitedmobilewhol | 1578 |
| 07/12 | 580.00 | Returned ACH DB Return Unitedmobilewhol | 1011 |
| 07/12 | 368.16 | ACH Settlement ACH Unitedmobilewhol | 1855 |
| 07/13 | 9,261.07 | ACH Settlement ACH Unitedmobilewhol | 4569 |
| 07/13 | 440.95 | ACH Web-Single Utility Dukeprogr/Ez-Pay 6451216 | 7762 |
| 07/13 | 432.95 | ACH Web-Single Utility Dukeprogr/Ez-Pay 6451218 | 7763 |
| 07/13 | 282.73 | ACH Debit Auth Payme | 5323 |
| | | Unifi Equipment XXXXXXX0001 | |
| 07/14 | 16,852.98 | ACH Settlement ACH Unitedmobilewhol | 1658 |
| 07/14 | 2,303.10 | ACH Web-Single Gpc Ebill Gpc 9619856039Ptc | 9484 |
| 07/14 | 1,126.18 | ACH Web-Single Gpc Ebill Gpc 9556856073Ptc | 9483 |
| 07/14 | 442.14 | Corporate ACH Debit Federal Express Mma20995628 | 2024 |
| 07/15 | 3,477.43 | ACH Settlement ACH Unitedmobilewhol | 8019 |
| 07/18 | 410.00 | ACH Settlement ACH Unitedmobilewhol | 2830 |
| 07/18 | 79.90 | ACH Debit ACH Sonu Bros Inc. | 1973 |
| 07/19 | 760.88 | ACH Settlement ACH Unitedmobilewhol | 7440 |
| 07/19 | 1,052.88 | ACH Web-Recur Batch Pmts | 5114 |
| | | Rackspace US Inc 020-879623 | |
| 07/20 | 364.20 | ACH Settlement ACH Unitedmobilewhol | 5955 |
| 07/20 | 9,402.10 | ACH Web-Single Tmo Onlpmt Tmobile 6632952 | 9901 |
| 07/20 | 373.46 | ACH Web-Single Bill Pay | 2580 |
| | | Setf Cw Immediat 17774533411 | |
| 07/21 | 17,803.99 | ACH Settlement ACH Unitedmobilewhol | 5619 |
| 07/21 | 3,378.80 | ACH Settlement ACH Unitedmobilewhol | 5818 |
| 07/21 | 603.68 | Corporate ACH Debit Federal Express Mma21057587 | 4360 |
| 07/22 | 284.75 | ACH Web-Single Internet | 5256 |
| | | Waste Management 043000094822594 | |
| 07/22 | 187.80 | ACH Web-Single Web_pay | 0797 |
| | | Protection One 03720279072116 | |
| 07/25 | 6,555.52 | ACH Settlement ACH Unitedmobilewhol | 5358 |
| 07/25 | 615.00 | ACH Settlement ACH Unitedmobilewhol | 5626 |
| 07/25 | 966.41 | ACH Tel-Single Bmwfs Pymt Bmw Bank 199064890 | 5937 |
| 07/26 | 5,863.70 | ACH Settlement ACH Unitedmobilewhol | 8837 |
| 07/27 | 5,842.30 | ACH Settlement ACH Unitedmobilewhol | 2672 |
| 07/27 | 2,864.86 | ACH Settlement ACH Unitedmobilewhol | 2673 |
| 07/27 | 614.70 | ACH Settlement ACH Unitedmobilewhol | 2899 |
| 07/27 | 4,605.31 | ACH Web-Single Tmo Onlpmt Tmobile 2026892 | 1080 |
| 07/28 | 12,400.04 | ACH Settlement ACH Unitedmobilewhol | 2391 |

ACH Deductions continued on next page

# Corporate Business

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2016 to 07/29/2016**
United Mobile Solutions Llc
Primary Account Number:      1668
Page 6 of 6

Corporate Business Account Number:        1668 - continued

## ACH Deductions  *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/28 | 493.12 | Corporate ACH Debit Federal Express Mma21137362 | 4332 |
| 07/29 | 727.89 | ACH Settlement ACH Unitedmobilewhol | 2368 |
| 07/29 | 1,299.03 | ACH Tel-Single 9703470000 | 4738 |
| | | Shaw Industries 14135428 | |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 25.00 | Overdraft Item Fee | 3685 |
| 07/01 | 25.00 | Overdraft Item Fee | 6392 |
| 07/11 | 25.00 | Overdraft Item Fee | 072769719 |
| 07/11 | 25.00 | Overdraft Item Fee | UNITED MOBIL00053148 |
| 07/14 | 25.00 | Overdraft Item Fee | 7763 |
| 07/14 | 25.00 | Overdraft Item Fee | 5323 |
| 07/22 | 25.00 | Overdraft Item Fee | 073270029 |
| 07/22 | 25.00 | Overdraft Item Fee | 074247548 |

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/01 | 3,143.25 | Fed Wire Out 054843 | | W054843 0701 |
| 07/05 | 5,000.00 | Fed Wire Out 039336 | | W039336 0705 |
| 07/08 | 12,000.00 | Online Transfer To | 1684 | UNITED MOBIL00053148 |
| 07/12 | 60,000.00 | Fed Wire Out 026831 | | W026831 0712 |
| 07/14 | 9,000.00 | Online Transfer To | 1684 | UNITED MOBIL00040191 |
| 07/14 | 59,080.00 | Fed Wire Out 018957 | | W018957 0714 |
| 07/18 | 35,000.00 | Fed Wire Out 013404 | | W013404 0718 |
| 07/27 | 90,374.85 | Fed Wire Out 039355 | | W039355 0727 |
| 07/27 | 7,000.00 | Int'L Wire Out 030257 | | W030257 0727 |

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT   N/A

Name of Debtor:  United Mobile Solutions, LLC        Case Number:  16-62537-bem

Reporting Period beginning  7/20/2016         Period ending    7/31/2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____ PAYROLL _____

|  | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C
## CHECK REGISTER - PAYROLL ACCOUNT  N/A

Name of Debtor: _United Mobile Solutions, LLC_     Case Number: _16-62537-bem_

Reporting Period beginning _7/20/2016_     Period ending _7/31/2016_

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL     $_____

**ATTACHMENT 4D**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**   N/A

Name of Debtor:  United Mobile Solutions, LLC          Case Number:  16-62537-bem

Reporting Period beginning  7/20/2016          Period ending   7/31/2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5D

## CHECK REGISTER - TAX ACCOUNT    N/A

Name of Debtor: _United Mobile Solutions, LLC_         Case Number: _16-62537-bem_

Reporting Period beginning _7/20/2016_          Period ending _7/31/2016_

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                              _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                             _____(a)
Sales & Use Taxes Paid                                        _____(b)
Other Taxes Paid                                              _____(c)
TOTAL                                                         _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4E

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT   N/A

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                                    _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                              **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**_____**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:  United Mobile Solutions, LLC          Case Number:  16-62537-bem

Reporting Period beginning  7/20/2016          Period ending  7/31/2016

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                      $_____

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: United Mobile Solutions, LLC        Case Number: 16-62537-bem

Reporting Period beginning 7/20/2016        Period ending 7/31/2016

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-15

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before <u>December 2016</u>            .

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **UNITED MOBILE SOLUTIONS, LLC,** | **CASE NO.  16-62537-bem** |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing monthly operating report to be served on the date specified below, by placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail upon the following:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

This 22nd day of November, 2016.

**JONES & WALDEN, LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
cmccord@joneswalden.com
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300 Telephone